No. 115. VÁZQUEZ, PETITIONER, *v.* CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Application for a writ of *certiorari* to the judge of the District Court of San Juan, Section 1, in foreclosure proceedings. Motion by the petitioner for leave

to withdraw the application. Decided February 16, 1914. Motion sustained. *Mr. Rafael López Landrón* for the petitioner. The respondent did not appear.